IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ALAN ROMERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-133 |
| | ) | |
| SHERIFF EUGENE BRANTLEY; | ) | |
| CAPTAIN DANIELS; CAPTAIN | ) | |
| HARRELL; CAPTAIN DANKO; | ) | |
| LT. JENKINS; LT. COWELL; | ) | |
| LT. MITCHEL; SERGEANT | ) | |
| SEYMORE; SERGEANT KUNTZ; | ) | |
| CORPORAL GIST; CORPORAL | ) | |
| ELLISON; CORPORAL FERN; | ) | |
| DEPUTY KIRBY; DEPUTY HOLMES; | ) | |
| DEPUTY PRESCOTT; DEPUTY REED; | ) | |
| DEPUTY BUSBY; DEPUTY GRAHAM; | ) | |
| DEPUTY BRINSON; DEPUTY GILMORE; | ) | |
| DEPUTY HARRIS; DEPUTY SEARS; | ) | |
| DEPUTY DAGGETT; DETRA WILLIS; | ) | |
| and RHONDA ROSS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Objections to this Report and Recommendation must be filed by no later than September 11, 2025, must specify each proposed finding of fact and conclusion of law to which objection is made, must state the bases for each such objection, and must be served upon all parties. Failure to file objections by this deadline may result in this Report and Recommendation becoming the opinion and order of the Court. <u>Devine v. Prison Health</u>

Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*).  Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion.  11th Cir. R. 3-1.  The Clerk will submit this Report and Recommendation together with any objections to United States District Judge J. Randal Hall on September 12, 2025.

    Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned.  A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  Appeals may be made only from a final judgment.

    SO ORDERED this 25th day of August, 2025, at Augusta, Georgia.

                                                    BRIAN K. EPPS
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  SOUTHERN DISTRICT OF GEORGIA