IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ALAN ROMERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-133 |
| | ) | |
| SHERIFF EUGENE BRANTLEY; | ) | |
| CAPTAIN DANIELS; CAPTAIN | ) | |
| HARRELL; CAPTAIN DANKO; | ) | |
| LT. JENKINS; LT. COWELL; | ) | |
| LT. MITCHEL; SERGEANT | ) | |
| SEYMORE; SERGEANT KUNTZ; | ) | |
| CORPORAL GIST; CORPORAL | ) | |
| ELLISON; CORPORAL FERN; | ) | |
| DEPUTY KIRBY; DEPUTY HOLMES; | ) | |
| DEPUTY PRESCOTT; DEPUTY REED; | ) | |
| DEPUTY BUSBY; DEPUTY GRAHAM; | ) | |
| DEPUTY BRINSON; DEPUTY GILMORE; | ) | |
| DEPUTY HARRIS; DEPUTY SEARS; | ) | |
| DEPUTY DAGGETT; DETRA WILLIS; | ) | |
| and RHONDA ROSS, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** the twenty-one Defendants from the original complaint who are no longer named in the amended complaint,[1] **DISMISSES** the remainder of the case because Plaintiff fails

---

[1] Those Defendants are: Jenkins, Cowell, Mitchel, Seymore, Kuntz, Gist, Ellison, Fern, Kirby, Holmes, Prescott, Reed, Busby, Graham, Brinson, Gilmore, Harris, Sears, Daggett, Willis, and Ross.

to state a federal claim upon which relief can be granted against Defendants Brantley, Danko, Harrell, and Daniels, and **CLOSES** this civil action.

SO ORDERED this 30th day of September, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA